UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC JOHNSON, | ) | CV F- 03-6440 OWW DLB P |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| D. MILLER, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Pending before the Court is plaintiff's amended complaint, filed July 23, 2004. The amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) for excessive force and deliberate indifference to a serious medical need in violation of the Eighth Amendment. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    MILLER

    MORALES

    KEY

    LAWTON

2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summons, an

1  instruction sheet and a copy of the amended complaint filed July 23, 2004.

2      3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice
3  of Submission of Documents and submit the completed Notice to the court with the following
4  documents:

5         a. Completed summons;

6         b.  One completed USM-285 form for each defendant listed above; and

7         c.  Five (5) copies of the endorsed amended complaint filed July 23, 2004.

8      4.  Plaintiff need not attempt service on defendants and need not request waiver of service.
9  Upon receipt of the above-described documents, the court will direct the United States Marshal to
10  serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of
11  costs.

12      5.  Plaintiff's failure to comply with this order may result in sanctions, including dismissal of
13  this action.  Local Rule 11-110.

14      IT IS SO ORDERED.

15      **Dated:   May 8, 2006**          **/s/ Dennis L. Beck**
    3c0hj8          UNITED STATES MAGISTRATE JUDGE