IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ERIC JOHNSON,<br><br>                     Plaintiff,<br><br>      v.<br><br>D. MILLER, et al.,<br><br>                     Defendants. | 1:03-cv-6440 OWW DLB P<br><br>**ORDER GRANTING DEFENDANTS' NUNC PRO TUNC REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** |

Defendants' request for a nunc pro tunc extension of time to file and serve a response to Plaintiff's amended complaint filed on July 23, 2004, was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Key, Miller, Lawton and Morales shall have forty-five days, to and including November 2, 2006, in which to file a response to Plaintiff's amended complaint.

IT IS SO ORDERED.

Dated:   September 22, 2006              /s/ Dennis L. Beck
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1